IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRIAN MATTHEW HUNT, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:16-CV-102-WKW |
| TERRY WOODS, | ) |
| Defendant. | ) |

## **ORDER**

On February 22, 2016, the Magistrate Judge entered a Recommendation in this case to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED and this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 17th day of March, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE